FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUN 14  AM 11: 48

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY PEDERSON | CIVIL ACTION |
| VERSUS | NO. 06-5715 |
| MARLIN GUSMAN, ET AL | SECTION "N"(4) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the plaintiff Jerry Pederson's Title 42 U.S.C. § 1983 complaint against the defendants, Orleans Parish Criminal Sheriff Marlin Gusman and other unidentified parties, is **DISMISSED WITH PREJUDICE** for failure to prosecute under Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this _14th_ day of _June_, 2007.

_____
UNITED STATES DISTRICT JUDGE

```
___ Fee_____
___ Process___
_X_ Dktd_____
___ CtRmDep__
___ Doc. No.__
```